**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC | **CIVIL ACTION NO:** 2:23-cv-00125-JAW |
|      PLAINTIFF | |
| v. | |
| SHAUWNA N. CONRAD, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM J. MICKS; STATE OF MAINE, MAINE REVENUE SERVICES | |
|      DEFENDANT(S) | |

<u>**DEFAULT JUDGMENT OF FORECLOSURE AND SALE**</u>
<u>**TITLE TO REAL ESTATE IS INVOLVED**</u>

423 High Street, Rumford, Maine 04276
Oxford County Registry of Deeds Book 5605, Page 157

Upon Motion of Plaintiff and after a damages hearing the Court finds as follows:

1.    The Plaintiff is the owner and holder of a certain promissory note in the original principal amount of $98,188.00 given by William J. Micks to Quicken Loans, LLC (the "Note"). The Plaintiff is the owner and mortgagee of record of a mortgage recorded in the Oxford County Registry of Deeds in Book 5605, Page 157 (the "Mortgage"), affecting real property located at 423 High Street, Rumford, Maine 04276 more particularly described in the legal description attached to the Mortgage (the "Premises").

2.    The Mortgage was assigned as follows:

- Assignment from Quicken Loans, LLC to Mortgage Electronic Registration Systems, Inc., as nominee for Quicken Loans, LLC, its successors and assigns dated June 15, 2021 recorded on June 17, 2021 in Book 5615, Page 73.

- Assignment from Mortgage Electronic Registration Systems, Inc., as nominee for Quicken Loans, LLC, its successors and assigns to Carrington Mortgage Services, LLC dated September 23, 2022 recorded on September 27, 2022 in Book 5717, Page 964.

- Quitclaim Assignment from Quicken Loans, LLC to Carrington Mortgage Services, LLC dated January 5, 2023 recorded on January 13, 2023 in Book 5736, Page 568.

1

3.      Defendant has breached the conditions of the Mortgage as a result of a default on the Note secured thereby.

4.      Defendant has not answered or otherwise appeared in this action, and mediation thus was not required by 14 M.R.S. § 6321-A.

5.      Defendant was defaulted on December 19, 2023 (ECF No. 26).

6.      As of June 12, 2024, the following amounts, exclusive of fees and costs for preparation for and attendance at trial, are owed to the Plaintiff under the terms of the Note and Mortgage:

| | |
|---|---|
| Principal Balance | $96,196.43 |
| Accrued Interest | $6,346.94 |
| Escrow Advance | $4,702.40 |
| Property Registration Fees | $510.00 |
| Property Inspection Fees | $450.00 |
| Title Advances | $400.00 |
| Hazard Advances | $91.39 |
| FHA Premium Due HUD | $129.82 |
| Attorney's Fees and Costs | $4,660.75 |
| Total | $113,487.73 |

Additional pre-judgment interest is accruing and post-judgment interest will accrue at a rate of 3.25% per annum in accordance with the Note and § 1602-B.  Plaintiff has foregone any right to a higher interest rate that may be allowable under 14 M.R.S. § 1602-C.  Additional attorney's fees, real estate taxes, costs and amounts advanced to protect the security of the Mortgage may continue to accrue through the date of redemption or sale and the completion of these proceedings.

7.      William J. Micks died on January 17, 2022. Shauwna N. Conrad was then appointed Personal Representative of the Estate of William J. Micks in Oxford County Probate Cout Docket No. 2022-0147.

8.      The order of priority of any party appearing in this action is as follows:

First Priority:       The Mortgage held by Carrington Mortgage Services, LLC recorded in the Oxford County Registry of Deeds in Book 5605, Page 157.  The amount due the Plaintiff is as set forth above.

Second Priority:      State of Maine, Maine Revenue Services.  The amount due to Party-in-Interest State of Maine, Maine Revenue Services was $17,642.39 as of May 2, 2023. State of Maine, Maine Revenue Services' Notice of Tax Lien attaches only to the interest of William J. Micks' heir Joshua D. Kennison in the Premises.

9.   The following parties were named in this action but did not answer or otherwise appear:

Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks.

10.    There are no public utility easements affected by this action.

11.    The names and addresses (if known) of all parties to this action and their counsel of record are identified as follows:

     a.    Carrington Mortgage Services, LLC
           1600 South Douglass Road, Suite 200-A
           Anaheim, CA 92806

    Counsel:    Robert Jackson, Esq., #4496
              Korde & Associates, P.C.
              707 Sable Oaks Dr., Suite 250
              South Portland, ME 04106
              (207) 775-6223

     b.    Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks
           92 Howe Street, 2nd Floor
           Lewiston, ME 04240

    Counsel:    Unknown

     c.    State of Maine, Maine Revenue Services
           51 Commerce Drive
           Augusta, ME 04330

    Counsel:    Kaitlyn M. Husar, Esq.
              Office of the Attorney General
              6 State House Station
              Augusta, ME 04333

12.    The docket number for this action is 2:23-cv-00125-JAW.

13.    All parties have received notice of these proceedings in accordance with the applicable provisions of the Maine Rules of Civil Procedure and any order of this Court.

IT IS THEREFORE ORDERED AND ADJUDGED that:

a.      Default Judgment of Foreclosure and Sale is hereby entered in favor of Carrington Mortgage Services, LLC.  If Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks do not pay to the Plaintiff, its successors and assigns, the amount of the Plaintiff's total claim due as set forth above within the statutory 90-day period of redemption established by 14 M.R.S. § 6322, then Carrington Mortgage Services, LLC, its successors and assigns, shall sell the Premises pursuant to 14 M.R.S. § 6321 et seq., and shall disburse the proceeds of the sale, after deducting the expenses thereof, in the following order:

First,      to Carrington Mortgage Services, LLC, its successors and assigns, as set forth above;

Second,   to State of Maine, Maine Revenue Services, its successors and assigns, as set forth above.

Third,     the surplus proceeds, if any, to the Clerk of Court for the benefit of Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks in accordance with 14 M.R.S. § 6324.

b.      No Writ of Execution for deficiency shall issue against the Estate of William J. Micks.

c.      Any assignment of mortgage, duly recorded after entry of this Judgment of Foreclosure, shall also act as an assignment of this Judgment to the assignee therein as a successor or assign of the Plaintiff, without further notice.

d.      All remaining rights of the Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks to possession shall terminate upon expiration of the statutory ninety (90) day redemption period.  If Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks has not redeemed the mortgage by that date, Shauwna N. Conrad, Personal Representative of the Estate of William J. Micks is ordered to vacate the real estate at that time, and a Writ of Possession shall issue to the Plaintiff for possession of the real property upon application for the same.

e.      The Court specifically finds that there is no just reason for delay of the entry of final judgment for the relief requested in Plaintiff's complaint, and the Clerk is directed to enter this Order as a final judgment pursuant to Rule 54.

f.      If an appeal is not filed and the Clerk has so certified, Carrington Mortgage Services, LLC shall be responsible for recording an attested copy of this judgment in the Oxford County Registry of Deeds and paying the recording fee.

4

g. Pursuant to Rule 79(a) this Order may be incorporated by reference on the Civil Docket.

Dated: July 10, 2024       /s/ John A. Woodcock, Jr.
                U.S. District Court Judge